**Order entered April 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01051-CR

### EX PARTE BRADRICK J. COLLINS

**On Appeal from the County Criminal Court No. 5
Dallas County, Texas
Trial Court Cause No. M17-18553-F**

## ORDER

Before the Court is appellant's April 8, 2019 motion requesting appeal be accelerated.

Appellant's appeal is already accelerated under the rules of appellate procedure. *See* TEX. R.

APP. P. 28.1, 31. Accordingly, we **DENY AS MOOT** appellant's motion.


/s/    DAVID L. BRIDGES
        JUSTICE